IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01467-WDM-CBS

FRED RAYNEL LUCERO,

    Plaintiff,

v.

THE MESA COUNTY SHERIFF'S OFFICE,
STANLEY HILKEY - SHERIFF,
STEVEN FARLOW - COMMANDER,
JIM WESTERMEYER - SHERIFF'S DEPUTY,
KEVIN McCABE - SHERIFF'S DEPUTY, and
THE MESA COUNTY DETENTION FACILITY,

    Defendants.


FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 11 2006


LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: 10/5/06

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01467-WDM-CBS

Fred Raynel Lucero
Prisoner No. 91725
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

US Marshal Service
Service Clerk
Service forms for: Mesa County Sheriff's Office,
Stanley Hilkey, Steven Farlow, Jim Westermeyer,
Kevin McCabe, and Mesa County Detention Facility

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals and the following forms to the U.S. Marshal for process of service on: Mesa County Sheriff's Office, Stanley Hilkey, Steven Farlow, Jim Westermeyer, Kevin McCabe, and Mesa County Detention Facility: COMPLAINT FILED 7/28/06, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/11/06.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk