IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   06-cv-01467-WDM-CBS

FRED RAYNEL LUCERO,

    Plaintiff,

v.

THE MESA COUNTY SHERIFF'S OFFICE, ET AL.,

    Defendants.

## ORDER

Miller, J.

This case is before me on Plaintiff's Motion to Object to Dispositive Rulings by Magistrate Judge Craig B. Shaffer (doc no. 42).  My Order of Reference to Magistrate Judge (doc no 13) grants Magistrate Shaffer the authority to rule on dispositive matters. I have reviewed the motion and the case pleadings and find that Plaintiff has not demonstrated that Magistrate Judge Schaffer is biased against Plaintiff.  I see no basis to vacate the Order of Reference.  Accordingly, the motion is denied.

DATED at Denver, Colorado, this 15th day of December, 2006.

BY THE COURT:


s/ Walker D. Miller
United States District Judge