### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
**U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:  **06-cv-01467-WDM-CBS** | **FTR** - Reporter Deck-Courtroom A402 |
| Date:  **January 25, 2007** | **Courtroom Deputy:**  Ben Van Dyke |

FRED RAYNEL LUCERO,                                    Pro se, via telephone

      **Plaintiff,**

v.

THE MESA COUNTY SHERIFF'S OFFICE, *et al.*,          Alan N. Hassler

      **Defendant(s).**

---

### COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:     RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:      1:33 p.m.**
Court calls case.  Appearances of counsel and pro se plaintiff.


**ORDERED:   Plaintiff's oral motion for the appointment of counsel is denied without prejudice for the reasons stated on the record.**


**ORDERED:   Defendants' Motion to Strike [filed November 30, 2006; doc. 34] is denied for the reasons stated on the record**.


**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Discovery Cut-off:  **May 31, 2007.**

Dispositive Motions deadline:  **June 29, 2007.**

Plaintiff shall designate experts **on or before April 9, 2007.**

Defendants shall designate rebuttal experts **on or before May 7, 2007.**

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than April 27, 2007**.

A settlement conference will be set at the request of the parties.


HEARING CONCLUDED.
**Court in recess:       2:30 p.m.**
Total time in court:     00:57