IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01467-WDM-CBS

FRED RAYNEL LUCERO,

    Plaintiff,

v.

THE MESA COUNTY SHERIFF'S OFFICE, *et al.*

    Defendants.

_____

## ORDER
_____

    This Civil Action comes before the Court on the Defendants' Motion pursuant to F.R.Civ.P. 30(a)(2), for the taking of the deposition of Plaintiff, who is incarcerated at the Colorado Department of Corrections, Sterling Correctional Facility (*doc. no. 61*).

    Appearing that the deposition is reasonably necessary to the case, the Court hereby **GRANTS** leave for the conduct of the deposition.

    DATED at Denver, Colorado, this * day of March, 2007.

                                                      BY THE COURT:

                                                      *s/Craig B. Shaffer*
                                                      Craig B. Shaffer
                                                      United States Magistrate Judge