IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01467-WDM-CBS

FRED RAYNEL LUCERO,
    Plaintiff,
v.

THE MESA COUNTY SHERIFF'S OFFICE, et al.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Defendants' "Motion to Depose Incarcerated Persons" (filed March 23, 2007) (doc. # 71). Pursuant to the Order of Reference dated October 5, 2006 (doc. # 13) and the memoranda dated March 26, 2007(doc. # 75) and March 27, 2007 (doc. # 76), this matter was referred to the Magistrate Judge. The court has reviewed the matter, the entire case file and the applicable law and is sufficiently advised in the premises.

    Defendants move under Fed. R. Civ. P. 30(a)(2) to depose three incarcerated witnesses. Mr. Lucero has indicated that "he is opposed to these depositions, but has agreed to cooperate in the scheduling of the depositions." (*See* Motion at p. 1). Defendants are entitled to take the testimony of witnesses by deposition. Fed. R. Civ. P. 30(a)(1). Accordingly,

    IT IS ORDERED that:

    1.    Defendants' "Motion to Depose Incarcerated Persons" (filed March 23, 2007) (doc. # 71) is GRANTED.

    2.    Defendants may depose witnesses Paul Inman, Donald Roderick, and William S. Wright at the facilities where they are incarcerated.

DATED at Denver, Colorado, this 2nd day of April, 2007.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge