IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01467-WDM-CBS

FRED RAYNEL LUCERO,
    Plaintiff,
v.

THE MESA COUNTY SHERIFF'S OFFICE, et al.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Lucero's "Motion for Clarification of the Court's Order of January 25, 2007" (filed April 5, 2007) (doc. # 79).  Pursuant to the Order of Reference dated October 5, 2006 (doc. # 13) and the memorandum dated April 6, 2007(doc. # 80), this matter was referred to the Magistrate Judge.  The court having  reviewed the matter, Defendants' Response (filed April 6, 2007) (doc. # 81), the entire case file, and the applicable law and being sufficiently advised in the premises,

    IT IS ORDERED that Mr. Lucero's "Motion for Clarification of the Court's Order of January 25, 2007" (filed April 5, 2007) (doc. # 79) is DENIED as unnecessary and for failure to comply with D.C. COLO. LCivR 7.1A. of the Local Rules of Practice for the United States District Court for the District of Colorado, which requires that, before filing his motion, Mr, Lucero must confer or make reasonable, good-faith efforts to confer with opposing counsel.

    DATED at Denver, Colorado, this 9th day of April, 2007.

BY THE COURT:

       s/Craig B. Shaffer
    United States Magistrate Judge

1