IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01467-WDM-CBS

FRED RAYNEL LUCERO,
    Plaintiff,
v.

THE MESA COUNTY SHERIFF'S OFFICE, et al.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on the parties' "Unopposed Motion to Approve Stipulation" (filed April 13, 2007) (doc. # 92).  Pursuant to the Order of Reference dated October 5, 2006 (doc. # 13) and the memorandum dated April 13, 2007(doc. # 93), this matter was referred to the Magistrate Judge.  The court having reviewed the matter, the entire case file and the applicable law and being sufficiently advised in the premises,

    IT IS ORDERED that:

    1.    The parties' "Unopposed Motion to Approve Stipulation" (filed April 13, 2007) (doc. # 92) is GRANTED.

    2.    The parties' "Stipulation Regarding Discovery Motions . . ." (doc. # 92-2) is hereby APPROVED.

    3.    Defendants will respond to Plaintiff's "First Requests for Admission," "First Requests for Production of Documents," "First Set of Interrogatories" and "Second Requests for Production of Documents" by April 23, 2007. Defendants will respond to the "Third Requests for Production of Documents" and "Second Requests for Admission" on or before April 30, 2007.  Defendants will respond pursuant to Fed. R. Civ. P. 26(a)(2) with respect to any experts that they may select on or before May 7, 2007 as provided in the Rule 16(b) Scheduling Conference Minute Order (doc. # 53).

4.   Plaintiff shall arrange for the deposition of Defendant Stan Hilkey upon written questions pursuant to Fed. R. Civ. P. 31.

5.   "Defendants' Motion for Protective Order Pursuant to F.R.Civ.P. 26(c)" (doc. # 85) is WITHDRAWN.

6.   "Plaintiff's Combined 'Motion for Order Compelling Discovery' and 'Motion for the Court to Impose Sanctions on Defendants' " (doc. # 87) is WITHDRAWN.

DATED at Denver, Colorado, this 16th day of April, 2007.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge