IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   06-cv-01467-WDM-CBS

FRED RAYNEL LUCERO,

    Plaintiff,

v.

THE MESA COUNTY SHERIFF'S OFFICE, ET AL.,

    Defendants.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE
## AND ON OBJECTIONS TO ORDERS OF MAGISTRATE JUDGE

Miller, J.

This case is before me on the recommendation of Magistrate Judge Craig B. Shaffer (doc no. 54) that Defendants' Motion to Dismiss the "Mesa County Sheriff's Office" and the "Mesa County Detention Facility" (doc no 33) be granted, as these purported defendants are not legal entities that can be sued. Plaintiff filed an objection to the recommendation and therefore is entitled to *de novo* review. 28 U.S.C. § 636(b). For the reasons set forth below, I accept Magistrate Judge Shaffer's recommendation. In addition, Plaintiff has objected to Magistrate Judge Shaffer's Order of February 21, 2007 (doc no 58) which denied his motion to have counsel appointed, and Order of March 8, 2007 (doc no 63), granting Defendants leave to conduct a deposition of Plaintiff, who is incarcerated. As discussed below, Plaintiff's objections are overruled.

1. <u>Recommendation on Motion to Dismiss</u>

I have reviewed the pertinent portions of the record in this case, including the complaint, the motion to dismiss and Plaintiff's response, the recommendation, and Plaintiff's objections. I agree with Magistrate Judge Shaffer that the "Mesa County Sheriff's Office" and the "Mesa County Detention Facility" are not "persons" under 42 U.S.C. § 1983 and therefore are not proper defendants in this action. Plaintiff's allegations in this regard are attributable to Defendant Stanley Hilkey in his official capacity as the Sheriff of Mesa County, Colorado. In his objections, Plaintiff complains that he has been treated unfairly because he has not been appointed counsel. In addition, he argues that his claims against these defendants should be construed as claims against Mesa County and cites *Simon v. State Compensation Ins. Authority*, 903 P.2d 1139 (Colo. App. 1994). However, *Simon* was reversed by the Colorado Supreme Court in *Simon v. State Compensation Ins. Authority*, 946 P.2d 1298 (Colo. 1997); moreover, *Simons* concerns Eleventh Amendment immunity, which is not an issue here. Plaintiff's claims are cognizable against the Sheriff, who is a defendant in this case, and not the County. Plaintiff has named the proper defendant and will not be prejudiced by the removal of improper and redundant purported defendants from the caption.

2. <u>Objection to Order of February 21, 2007</u>

Magistrate Judge Shaffer denied Plaintiff's February 13, 2007 motion seeking appointment of counsel to represent Plaintiff in this matter. Magistrate Judge Shaffer found that Plaintiff has adequately presented his claims unaided by counsel.

On non-dispositive matters, I may modify or set aside any portion of a magistrate judge's order that I find to be clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a).

Plaintiff objects to the order on the grounds that he is unable to conduct discovery because of his incarceration. However, as noted in Defendants' Response (doc no 64), copies of relevant documents can be made available to Plaintiff and he has a full range of discovery procedures available to him. In addition, Plaintiff has not shown that his claim has merit or that other circumstances justifying the appointment of counsel exist. Accordingly, I discern no error.

3.       <u>Objection to Order of March 8, 2007</u>

Magistrate Judge Shaffer granted Defendants leave to take Plaintiff's deposition pursuant to Fed. R. Civ. P. 30(a)(2), which requires leave of the court before a deposition of an incarcerated person may proceed. Plaintiff objects on the grounds that Defendants did not comply with D.C.COLO.LCivR. 7.1, because Defendants have served extensive discovery requests on Plaintiff, and because Defendants have not shown the need for the requested deposition. None of these grounds are sufficient to demonstrate that the order was clearly erroneous or contrary to law. Defendants are entitled to take Plaintiff's deposition, regardless of whether they also serve written discovery, and the need for an order from the Court is simply due to Plaintiff's incarceration.

Accordingly, it is ordered:

1.      The recommendation of Magistrate Judge Craig B. Shaffer (doc no. 54) is accepted. Defendants' Motion to Dismiss the "Mesa County Sheriff's Office" and the "Mesa County Detention Facility" (doc no 33) is granted and these defendants shall be dismissed and removed from the caption in all future pleadings.

2.      Plaintiff's objections (doc nos 60, 67, 68) to the orders of Magistrate Judge Shaffer

are overruled.  The orders dated February 21, 2007 and March 8, 2007 (doc nos 58 and 63) are affirmed.

DATED at Denver, Colorado, on April 25, 2007.

                                      BY THE COURT:


                                      s/ Walker D. Miller
                                      United States District Judge