IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01467-WDM-CBS

FRED RAYNEL LUCERO,

      Plaintiff,

v.

THE MESA COUNTY SHERIFF'S OFFICE, *et al.*

      Defendants.

## **MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendants' Motion to Amend Answer (*doc. no. 105)* is **GRANTED**. As of the date of this order, the Clerk's office is instructed to accept for filing, the Amended Answer (*doc no. 105-2*) tendered to the court on May 18, 2007.

**DATED:**      May 21, 2007