**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-01467-WDM-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: June 14, 2007** | **Courtroom Deputy:** Ben Van Dyke |

FRED RAYNEL LUCERO,                                   Pro se, via telephone

    **Plaintiff,**

v.

SHERIFF STAN HILKEY, *et al.*,                        Alan N. Hassler

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in Session:   10:51 a.m.**
Court calls case. Appearances of defense counsel and pro se plaintiff.

**ORDERED:** Plaintiff's Motion for Order Compelling Discovery [filed May 2, 2007; doc. 100] is granted in part and denied in part for the reasons stated on the record. Defendants shall produce the documents set forth on the record by mailing the documents to plaintiff by June 20, 2007.

**ORDERED:** Plaintiff's Motion for the Court to Impose Sanctions on the Defendants [filed my 2, 2007; doc. 100] is granted in part and denied in part for the reasons stated on the record. Defendants shall provide plaintiff with his actual costs of $16.54 by June 20, 2007.

Plaintiff may file a further motion to compel regarding specific discovery requests and responses. Defendants' response shall include copies of all discovery requests and responses.

**ORDERED:** The Motion for Leave of Court to File an Amended Prisoner Complaint [filed May 11, 2007; doc. 102] is denied without prejudice for the reasons stated on the record.

**ORDERED:**   **Plaintiff may file his motion for leave to amend the complaint with the proposed amended complaint attached by July 10, 2007.**

**ORDERED:**   **Telephonic status conference set for July 5, 2007 at 9:00 a.m.  The parties shall create a conference call and then contact the Court at (303) 844-2117 to participate in the hearing.**

HEARING CONCLUDED.

**Court in Recess:**    **12:27 p.m.**
Total In-Court Time:     01:36