**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-01467-WDM-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: September 11, 2007** | **Courtroom Deputy:** Ben Van Dyke |

FRED RAYNEL LUCERO,                              Pro se, via telephone

    **Plaintiff,**

v.

SHERIFF STAN HILKEY, *et al.*,                   Alan N. Hassler

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in Session:      10:47 a.m.**
Court calls case. Appearances of defense counsel and pro se plaintiff.

The parties discuss the pending motions with the Court.

**ORDERED:**   The Motion to Amend Prisoner Complaint [filed June 29, 2007; doc. 117] is granted for the reasons stated on the record. The Amended Prisoner complaint attached to the motion [doc. 117] is hereby accepted for filing on this date.

**ORDERED:**   The Motion to Strike Deposition of Fred Raynel Lucero Taken April 12, 2007 [filed July 16, 2007; doc. 126] is denied for the reasons stated on the record.

**ORDERED:**   The Motion to Add Parties, Pursuant to F.R.Civ.P. 19(a)(1) [filed August 10, 2007; doc. 131] is denied without prejudice for the reasons stated on the record. Plaintiff may file one final motion to amend his complaint, and plaintiff shall attach a copy of the proposed amended complaint to the motion.

**ORDERED:** The Motion to Amend Prisoner Complaint, Pursuant to F.R.Civ.P. 15(a) [filed August 10, 2007; doc. 132] **is granted for the reasons stated on the record.**

**ORDERED:** The Motion for Process of Service at Government Expense [filed August 10, 2007; doc. 133] **is denied as moot since defense counsel has accepted service of the amended complaint on his clients.**

HEARING CONCLUDED.

**Court in Recess:** **12:08 p.m.**
Total In-Court Time:    01:21