IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  06-cv-01467-WDM-CBS

FRED RAYNEL LUCERO,

    Plaintiff,

v.

STAN HILKEY, Mesa County Sheriff, et al.,

    Defendants.

---

## ORDER ON MOTION FOR ENTRY OF AMENDED JUDGMENT

---

Miller, J.

    This case is before me on the Motion for Entry of Amended Judgment (doc no. 166)

filed by Defendants.  Defendants request that the judgment entered in this case (doc no

164) be modified to reflect that my order granting summary judgment to Defendants (doc

no 160) resolved both Defendants' Motion for Summary Judgment Against Amended

Prisoner Complaint (doc no 150) and Defendant's Motion for Summary Judgment (doc no

118).  Defendants' motion is granted and the Clerk of the Court is directed to enter an

amended judgment showing that both motions (docs no 118 and 150) were granted.

    DATED at Denver, Colorado, on March 25, 2008.

                                        BY THE COURT:


                                        s/ Walker D. Miller
                                        United States District Judge