IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01467-WDM-CBS

FRED RAYNEL LUCERO,

    Plaintiff,

v.

STAN HILKEY, Mesa County Sheriff, et al.,

    Defendants.

## ORDER ON MOTION FOR CLARIFICATION

Miller, J.

    This case is before me on the Plaintiff's letter to the Clerk of the Court dated March 5, 2008, (doc no 165), which has been construed as a motion to clarify. Plaintiff informs the Clerk that Plaintiff received only a portion of the Judgment (doc no 164) entered March 4, 2008. Plaintiff also seeks a full copy of the Register of Actions and Docketing Statement for this case. Plaintiff's motion is granted. To the extent not already completed, the Clerk is directed to send Plaintiff another copy of the March 4, 2008 Judgment and the Register of Actions and Docketing Statement.

    DATED at Denver, Colorado, on March 28, 2008.

                                                  BY THE COURT:

                                                  s/ Walker D. Miller
                                                  United States District Judge