IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-01467-WDM-CBS

FRED RAYNEL LUCERO,

     Plaintiff,

v.

STANLEY HILKEY, et al.,

     Defendants.

_____

## MINUTE ORDER

_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

     The following minute order is entered by Judge Walker D. Miller:

     This matter is before the Court on the motion titled "Motion for the Court to Reconsider It's [sic] Order of March 27, 2008," which Plaintiff, Fred Raynel Lucero, submitted to and filed with the Court on April 10, 2008. In the motion, Mr. Lucero objects to the Court's March 27, 2008, order granting him leave to proceed on appeal pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 but denying his request for a free transcript. Mr. Lucero contends he requested the free transcript because he considers the Court's denial of his multiple motions for appointment of counsel to present a substantial question. This Court disagrees. Therefore, the April 10 motion is DENIED for the reasons stated in the March 27 order. In any case, there is no transcript relevant to the denial of Mr. Lucero's motions for appointment of counsel. Any orders denying Mr. Lucero's requests for the appointment of counsel to represent him in this case will be included in the record on appeal.


Dated:  April 14, 2008

                       s/ Jane Trexler, Judicial Assistant